1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JESUS SOTO VASQUEZ,                    1:11-cv-01121 OWW SKO

12            Plaintiff,                    ORDER GRANTING APPLICATION TO
                                            PROCEED IN FORMA PAUPERIS
13        v.                                (doc. 2)

14   BAKERSFIELD POLICE
     DEPARTMENT,
15                                          ORDER DIRECTING PAYMENT
              Defendants.                   OF INMATE FILING FEE BY
16                                          CALIFORNIA DEPARTMENT
     _____/            OF CORRECTIONS
17

18

19        Plaintiff is a prisoner proceeding pro se pursuant to 42 U.S.C. § 1983 and has requested leave

20   to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has made the showing required by

21   § 1915(a) and accordingly, the request to proceed in forma pauperis will be granted.  Plaintiff is

22   obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1).  Plaintiff is

23   obligated to make monthly payments in the amount of twenty percent of the preceding month's income

24   credited to plaintiff's trust account.  The Sheriff or Warden of the Facility is required to send to the Clerk

25   of the Court payments from plaintiff's account each time the amount in the account exceeds $10.00, until

26   the statutory filing fee is paid in full.  28 U.S.C. § 1915(b)(2).

27

28                                              1

In accordance with the foregoing, IT IS HEREBY ORDERED that:

1.  Plaintiff's application to proceed in forma pauperis is GRANTED;

2.  The Sheriff or Warden of the Facility or his/her designee shall collect payments from plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00,  in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.  The payments shall be clearly identified by the name and number assigned to this action;

3.  The Clerk of the Court is directed to serve a copy of this order and a copy of plaintiff's in forma pauperis affidavit on the California Department of Corrections or other entity, via the court's electronic case filing system (CM/ECF); and

4.  Within sixty (60) days of the date of service of this order, plaintiff shall submit a certified copy of his or her prison trust account statement for the six‑month period immediately preceding the filing of the complaint, if plaintiff has not already done so.

IT IS SO ORDERED.

**Dated:    July 12, 2011**                          **/s/ Sheila K. Oberto**
                                                     UNITED STATES MAGISTRATE JUDGE

2